## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | | |
| v. | : | DATE FILED: |
| | | |
| REMINGTON TERRANCE COUNCIL | : | VIOLATIONS: 18 U.S.C. § 1542 (use of passport secured by false |
| | : | statement– 1 count) 42 U.S.C. § 408(a)(7)(B) (misuse of a Social |
| | : | Security Number – 1 count) 18 U.S.C. § 1028A (aggravated identity theft – 1 |
| | : | count) |

## INDICTMENT

## COUNT ONE

## THE GRAND JURY CHARGES THAT:

On or about March 2, 2011, in the Eastern District of Pennsylvania, defendant

## REMINGTON TERRANCE COUNCIL

knowingly and willfully used and attempted to use a passport, the issue of which was secured in

any way by reason of a false statement.

In violation of Title 18, United States Code, Section 1542.

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 26, 2009, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**REMINGTON TERRANCE COUNCIL,**

with intent to deceive, and for the purpose of acquiring a false identification, falsely represented that a Social Security number with the last four digits 7055 had been assigned to him by the Commissioner of Social Security when in fact such Social Security account number was not assigned to him.

In violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 26, 2009, in Philadelphia, Pennsylvania, in the Eastern District of Pennsylvania, defendant

### REMINGTON TERRANCE COUNCIL

knowingly and without lawful authority possessed and used a means of identification of another person, that is, the name and social security card of "R.M.," during and in relation to misuse of a social security number, in violation of Title 42, United States Code, Section 408(a)(7)(B).

All in violation of Title 18, United States Code, Section 1028A(a)(1), (c)(11).

for **WILLIAM M. McSWAIN**
**United States Attorney**

3

*No.*_ _ _ _ _ _ _ _ _ _

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## REMINGTON TERRANCE COUNCIL

### INDICTMENT

Counts
18 U.S.C. § 1542 (use of passport secured by false statement– 1 count)
42 U.S.C. § 408(a)(7)(B) (misuse of a Social Security Number – 1 count)
18 U.S.C. § 1028A (aggravated identity theft – 1 count)

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Clerk

Bail, $_____