

# U.S. Department of Justice

*United States Attorney*

*Eastern District of Pennsylvania*

| | |
|---|---|
| *Josh A. Davison, Assistant U.S. Attorney* | *615 Chestnut Street* |
| *Direct Dial: (215) 861-8425* | *Suite 1250* |
| *Facsimile:  (215) 861-8618* | *Philadelphia, PA 19106-4476* |
| *E-mail Address:  Josh.Davison@usdoj.gov* | *215-861-8200* |

March 30, 2026

U.S. District Court Clerk's Office
United States Courthouse
601 Market Street
Philadelphia, PA 19106

> Re:  *United States v. Remington Terrance Council*
> *Criminal Case No. 21-cr-009*

Dear Clerk:

Please unseal the Indictment relative to the above-captioned case, which was filed on January 21, 2021.  The defendant has been arrested.

Very truly yours,

DAVID METCALF
United States Attorney

*/s/ Josh A. Davison*
JOSH A. DAVISON
Assistant United States Attorney