| Query | Reports | Utilities | WorkFlows | Schedule | Help |
| --- | --- | --- | --- | --- | --- |

What's New    Log Out

21cr9 JHS  ED OF PA

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:26-mj-12025-JBC All Defendants

Case title: USA v. COUNCIL

Date Filed: 03/30/2026

Other court case number: 2:21-cr-9-JHS Eastern Pennsylvania

Date Terminated: 03/30/2026

Assigned to: Magistrate Judge James B. Clark

**Defendant (1)**

**REMINGTON TERRANCE COUNCIL**
*TERMINATED: 03/30/2026*

represented by **SHAIBA RATHER**
FEDERAL PUBLIC DEFENDERS
DISTRICT OF NEW JERSEY
1002 BROAD ST
NEWARK, NJ 07102
610-955-7950
Email: shaiba_rather@fd.org
*TERMINATED: 03/30/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1542.F USE OF PASSPORT BY FALSE
STATEMENT; 42:408.F MISUSE OF A
SOCIAL SECURITY NUMBER;

**Disposition**

18:1028A.F AGGRAVATED IDENTITY
THEFT

---

## **Plaintiff**

**USA**
*TERMINATED: 03/30/2026*

represented by **JESSICA L. GUARRACINO**
DOJ-USAO
970 BROAD STREET
NEWARK, NJ 07102
973-645-2726
Email: jessica.guarracino@usdoj.gov
*TERMINATED: 03/30/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2026 | | Arrest (Rule 5) of REMINGTON TERRANCE COUNCIL (seb) (Entered: 03/30/2026) |
| 03/30/2026 | 1 | ORAL MOTION to Appoint Counsel by REMINGTON TERRANCE COUNCIL. (seb) (Entered: 03/30/2026) |
| 03/30/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge James B. Clark:Initial Appearance as to REMINGTON TERRANCE COUNCIL held on 3/30/2026. Motion Hearing as to REMINGTON TERRANCE COUNCIL held on 3/30/2026 re 1 MOTION to Appoint Counsel filed by REMINGTON TERRANCE COUNCIL. ORDERED oral motion 1 Motion to Appoint Counsel as to REMINGTON TERRANCE COUNCIL (1) granted on the record. Defendant advised of rights. Financial affidavit reviewed and executed. AFPD appointed. Defendant consents to detention pending commitment to charging district. (Court Reporter/Recorder Ecr.) (seb) (Entered: 03/30/2026) |
| 03/30/2026 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to REMINGTON TERRANCE COUNCIL. SHAIBA RATHER for REMINGTON TERRANCE COUNCIL appointed. Signed by Magistrate Judge James B. Clark on 3/30/2026. (seb) (Entered: 03/30/2026) |
| 03/30/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT as to REMINGTON TERRANCE COUNCIL. Defendant committed to District of Eastern Pennsylvania. Signed by Magistrate Judge James B. Clark on 3/30/2026. (seb) (Entered: 03/30/2026) |
| 03/30/2026 | 6 | ORDER advising of the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*. Signed by Magistrate Judge James B. Clark on 3/30/2026. (seb) (Entered: 03/30/2026) |
| 03/30/2026 | 7 | Notice to Eastern Pennsylvania of a Rule 5 Initial Appearance as to REMINGTON TERRANCE COUNCIL. Your case number is: 2:21-cr-9-JHS. Docket sheet and documents attached. *(If you require certified copies of any documents, please send a request to InterdistrictTransfer_NJD@njd.uscourts.gov.)* (Attachments: # 1 Financial Affidavit, # 2 Order Appointing Public Defender, # 3 Commitment to Another District, # 4 Brady Order) (seb) (Entered: 03/30/2026) |

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

REMINGTON TERRANCE COUNCIL
*Defendant*

MAGISTRATE JUDGE: JAMES B. CLARK, III

CASE NO. 26-mj-12025-JBC

DATE OF PROCEEDINGS: 3/30/2026

DATE OF ARREST: 3/30/206

**PROCEEDINGS:** Rule 5 Out - Initial Appearance

- [ ] COMPLAINT
- [✓] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [✓] APPT. OF COUNSEL: [✓] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [✓] FINANCIAL AFFIDAVIT EXECUTED
- [ ] OTHER: _____

- [ ] TEMPORARY COMMITMENT
- [✓] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: _____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED _____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT [ ] JURY
- [ ] SENTENCING
- [ ] OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

**APPEARANCES:**

AUSA: Jessica Guarracino

DEFT. COUNSEL: Shaiba Rather, AFPD

PROBATION: Richard Pastrana

INTERPRETER _____
Language:

TIME COMMENCED: 1:19 p.m
TIME TERMINATED: 1:26 p.m.
CD NO: Ecr

Stephen Bond

DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

UNITED STATES OF AMERICA *Plaintiff*

v.

REMINGTON TERRANCE COUNCIL

*Defendant*

Case No.   26-mj-12025-JBC

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this ___30th___ day of __March__, 2026,

ORDERED that ___Shaiba Rather___ from the office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.

___JAMES B. CLARK, III___
United States Magistrate Judge

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the

District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  26-mj-12025-JBC |
| REMINGTON TERRANCE COUNCIL | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No.  2:21-cr-9-JHS |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Eastern Pennsylvania ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:    ☐  will retain an attorney.

☑  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: _____3/30/2026_____        _____
*Judge's signature*

JAMES B. CLARK, III, U.S.M.J.
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Newark, NJ**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 2:26–mj–12025–JBC
Magistrate Judge James B. Clark

REMINGTON TERRANCE COUNCIL

Defendant.

**ORDER**

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 3/30/2026, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

<table>
<tr><td>March 30, 2026</td><td>s/ Magistrate Judge James B. Clark</td></tr>
<tr><td>DATED</td><td>United States Magistrate Judge</td></tr>
</table>